**John V. DOMMISSE, Plaintiff–Appellant,**

v.

**Janet NAPOLITANO, Individual Capacity Only; et al., Defendants–Appellees.**

No. 07–15470.

United States Court of Appeals,
Ninth Circuit.

Submitted July 14, 2009.*

Filed July 29, 2009.

John V. Dommisse, Tucson, AZ, for Plaintiff–Appellant.

Michael H. Hinson, AGAZ—Office of the Arizona Attorney General (Tucson), Liability Management Section, Tucson, AZ, for Janet Napolitano, Mark Nanney, Miriam Anand, P. Philip Scheerer.

Patrick Stanley, Bonnett Fairbourn Friedman & Balint, Phonix, AZ, for William A. Norcross, Joseph Scherger, Peter Boal, Sydney Westphal.

Before: LEAVY, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

John V. Dommisse appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that de-fendants conspired to deprive him of his constitutional rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Noel v. Hall,* 341 F.3d 1148, 1154 (9th Cir.2003). We affirm.

The district court properly concluded that the *Rooker–Feldman* doctrine barred Dommisse's action because it is a "forbidden de facto appeal" of a state court decision, and raises constitutional claims that are "inextricably intertwined" with that prior state court decision. *Id.* at 1158; *see also Bianchi v. Rylaarsdam,* 334 F.3d 895, 900 n. 4 (9th Cir.2003) (explaining that under the *Rooker–Feldman* doctrine, "[i]t is immaterial that [the plaintiff] frames his federal complaint as a constitutional challenge to the state court['s] decision[ ], rather than as a direct appeal of [that decision]").

Dommisse's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.